**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **A.C., and D.C., Parents and Natural Guardians, and on behalf of Minor Plaintiff, C.C.**<br><br>                    **Plaintiffs,**<br>        **v.**<br><br>**OWEN J. ROBERTS SCHOOL DISTRICT**<br><br>                    **Defendant.** | **CIVIL ACTION NO. 20-2046** |

## <u>ORDER</u>

**AND NOW,** this 12th day of August 2021, upon consideration of the cross-motions for partial judgment on the administrative record and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion [Doc. No. 18] is **GRANTED** and Plaintiffs' Motion [Doc. No. 19] is **DENIED**. Judgment is entered in favor of Owen J. Roberts School District and against A.C. and D.C., Parents and Natural Guardians, and on behalf of Minor Plaintiff, C.C., on the first cause of action of the Complaint.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**